UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
  Defendant.
_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE/REMOVE GPS MONITORING BRACELET FOR MRI

COMES NOW, Defendant Justin Anthony Seivright (hereafter "Seivright"), by and through the undersigned counsel and respectfully moves this Honorable Court for permission to Remove GPS Monitor device for the Purpose of an MRI. As grounds thereof would state as follows:

1. Seivright is charged by indictment with One Count of Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, U.S.C., Section 1349, Three Counts of Bank Fraud in violation of Title 18, U.S.C., Section 1344, and Three Counts of Aggravated Identity Theft in violation of Title 18, U.S.C., Section 1028(a)(1).

2. Seivright had his bond hearing on November 26, 2025.

3. Seivright was released from custody on November 26, 2025.

4. He satisfied the conditions of the $25,000 10% bond with a Nebbia on December 2, 2025.

5. Seivright was ordered to surrender his U.S. passport to pretrial services upon his release.

6. Seivright has abided by all terms of his pretrial release.

7. Seivright needs to have an MRI performed on his lower back at Akumin Silverlake MRI located at 701 NW 179 Ave Suite 102 Pembroke Pines, FL 33029 at 12:30 p.m.

8. He is unable to have the MRI performed with the GPS monitor.

9. The parties have agreed that the GPS Monitor will be removed by the person performing the MRI while facetiming Pretrial Services Officer Ethan Martinez.

10. Immediately after the MRI is concluded, Seivright shall go to the Pretrial Services Office to reattach the monitor on the same day.

    WHEREFORE, Seivright would request this Honorable Court to permit him to remove the GPS Monitor for the purposes of undergoing an MRI and then immediately reporting to Pretrial Services to reattach the monitor.

    Respectfully submitted,

    */s/Alfredo A. Izaguirre*
    Alfredo A. Izaguirre, Esq.
    338 Minorca Ave.
    Coral Gables, FL 33134
    Tel:(305)442-0425
    Email:alfredo@izaguirrelaw.com
    FL Bar# 13556

## CERTIFICATE OF CONSULTATION

    Undersigned has discussed the following motion with AUSA David Snider on March 12, 2026, who has no objection to the relief sought in this motion.

    */s/Alfredo A. Izaguirre*
    Alfredo A. Izaguirre, Esq.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties.

    */s/Alfredo A. Izaguirre*
    Alfredo A. Izaguirre, Esq.