UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
    Defendant.
_____/

# ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE/REMOVE GPS MONITORING DEVICE FOR MRI

THIS CAUSE came before the Court upon Seivright's Motion and the Court being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED this 13th day of March 2026.

_____
Honorable Paul C. Huck
District Court Judge