UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
        Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant Justin Anthony Seivright (hereafter "Seivright"), by and through the undersigned counsel and respectfully moves this Honorable Court to Continue the Sentencing Date Currently Set. As grounds thereof would state as follows:

1. Seivright is charged by indictment with One Count of Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, U.S.C., Section 1349, Three Counts of Bank Fraud in violation of Title 18, U.S.C., Section 1344, and Three Counts of Aggravated Identity Theft in violation of Title 18, U.S.C., Section 1028(a)(1).

2. On March 26, 2026, Seivright pleaded guilty to Conspiracy to Commit Bank Fraud and Wire Fraud and a separate count of Identity Theft.

3. Seivright is currently set for sentencing on June 12, 2026, at 10:15 a.m.

4. Undersigned currently has a conflict with family travel plans and has prepaid flights for June 12, 2026 at 8:00 a.m.

WHEREFORE, Seivright would request this Honorable Court to Continue the Sentencing to June 15, 2026.

Respectfully submitted,

/s/Alfredo A. Izaguirre
Alfredo A. Izaguirre, Esq.
338 Minorca Ave.
Coral Gables, FL 33134
Email:alfredo@izaguirrelaw.com
FL Bar# 13556

## CERTIFICATE OF CONSULTATION

Undersigned has discussed the following motion with AUSA David Snider

on May 26, 2026, who has no objection to the relief sought in this motion.

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all

parties.

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.