UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon Seivright's Unopposed Motion to Continue Sentencing (the "Motion") [ECF No. 216]. The Court being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. The Court will reset the Sentencing at a later date.

DONE AND ORDERED on June 4, 2026.

_____
Honorable Paul C. Huck
District Court Judge