UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
        Defendant.
_____/

## SENTENCING MEMORANDUM

Defendant Justin Anthony Seivright (hereafter "Seivright") is being sentenced upon his adjudication of guilty to Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349 and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028(a)(1).

## PERSONAL BACKGROUND

1.  Seivright is a black, 31-year-old male born on May 4, 1995, in Miami, Florida. Seivright has lived in South Florida his entire life. He was raised by his mother and father as a child in a lower socioeconomic household. Seivright has had a great struggle for approximately 10 years with his gambling addiction. He has tried to overcome said addiction and has even filled out self-exclusion forms on several occasions. This addiction has led him to make some poor decisions in his life.

## SEIVRIGHT'S GENUINE REMORSE

Seivright has always been a moral, upright, and outstanding citizen. Seivright is deeply remorseful for his actions. He thoroughly recognizes that his decisions and actions were poor and caused society great harm. He also acknowledges the grave and significant effect that his actions have had on his loved ones, the disruption it will bring, and the impact it will have on his

future. Seivright is extremely regretful for his misconduct and is actively engaged in trying to correct the error of his ways.

### Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense

Although this is a serious offense and Seivright should be punished for what he did, a guideline sentence does not necessarily equate to a sentence that adequately reflects Seivright's personal characteristics. A guideline sentence in this case for Seivright, when considering all other factors, is excessively harsh for such a crime and an individual such as Seivright.

### The Need to Avoid Unwarranted Sentence Disparity

Seivright deserves to be punished for his actions but should be punished proportionately with his conduct, taking into account the punishment received by other individuals in his same position.

### To Afford Adequate Deterrence of Criminal Conduct

Seivright should be sentenced to a sentence that sends a message to individuals who transgress society's laws, and demonstrates that this conduct will not be tolerated, while at the same time complying with the mandate that the sentence should be sufficient, but not greater than necessary to accomplish the objectives established by 18 U.S.C. § 3553.

### To Protect the Public from Further Crimes of the Defendant

This is a significant factor in imposing a sentence. Seivright acknowledges that he will be sentenced to a term of imprisonment. When taking into consideration his age and his supportive family, he is not likely to violate the law in the future.

**CONCLUSION**

For all the above reasons, this Court should impose upon Seivright a sentence minimally sufficient to achieve the statutory purpose of punishment considering all the above-mentioned factors.

Respectfully submitted,

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.
338 Minorca Ave.
Coral Gables, FL 33134
Tel:(305)442-0425
alfredo@izaguirrelaw.com
FL Bar# 13556

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties.

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.