Judge Huck

299 East Broward blvd

Room 108

Fort Lauderdale, FL 33301

9/14/2026

Paula Seivright

9753 NW 45th Street

Sunrise, FL 33351

FILED BY [signature] D.C.

SEP 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

RE: CASE# 25-60273 CR-Huck

Request for Release of Bond Funds

To the Honorabe Judge Huck:

I, Paula Seivright am respectfully requesting the release of $2,500.00 in funds that were required and paid for bond for the above-referenced case. If you require any additional information, I can be reached on my cell phone directly @ (954)815-7332.

Thank you for your time and consideration.

Respectfully,

[signature]

Paula Seivright

9753 NW 65th St
SUNRISE, FL 33351

MIAMI FL 330
14 SEP 2026 PM 2

BLACK HERITAGE
ERNEST J. GAINES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.
299 E. BROWARD BLVD
RM 108
FORT LAUDERDALE, FL 33301

33301-197799