UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-CR-60273-HUCK/VALLE

UNITED STATES OF AMERICA

vs.

JUSTIN ANTHONY SEIVRIGHT
Defendant.
_____________________________________/

**UNOPPOSED MOTION FOR THE RETURN OF BOND MONEY POSTED WITH REGISTRY OF THE COURT**

DEFENDANT, Justin Anthony Seivright, moves the Court for the entry of an Order for the Return of the Bond posted with the Court in connection with this case. In support thereof, Defendant would show:

1. Seivright was released from custody on November 26, 2025.

2. He satisfied the conditions of the $25,000 10% bond with a Nebbia on December 2, 2025.

3. Melissa Albarracin placed the $2,500 bond with the Clerk of Court for Seivright's release

4. Defendant has complied with all conditions of the bond, making all necessary court appearances, and surrendering to the U.S. Marshals.

5. All bond conditions being satisfied, Defendant is praying for the release of the money posted under the Bond.

WHEREFORE, Defendant prays for the entry of an Order returning the amount of $2,500.00, plus interest which accrued thereon to Melissa Albarracin, 4781 NW 88 Ter. Coral Springs, FL 33067.

Respectfully submitted,

*/s/A. Izaguirre*
Alfredo A. Izaguirre, Esq.
Counsel for Defendant
338 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 442-042
FL Bar#13556
alfredo@izaguirrelaw.com

**CERTIFICATE OF CONSULTATION**

Undersigned has discussed the following motion with AUSA David A. Snider on October 7, 2026 who has no objection to the relief sought in this motion.

*/s/Alfredo A. Izaguirre*
Alfredo A. Izaguirre, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record on this 7th day of October 2026.

*/s/A. Izaguirre*
Alfredo A. Izaguirre, Esq.