**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-CR-60273-PCH-3**

UNITED STATES OF AMERICA,

v.

JUSTIN ANTHONY SEIVRIGHT,

Defendant.
_______________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for the Return of Bond Money Posted with Registry of the Court (the "Motion") [ECF No. 262], filed on October 7, 2026. Defendant requests the return of bond posted in "the amount of $2,500.00, plus interest which accrued thereon to Melissa Albarracin."[1] ECF No. 262 at 1. The Court, being duly advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion [ECF No. 262] is **GRANTED**. The Clerk of the Court shall make the above-mentioned disbursement.
2. The Request for Release of Bond Funds [ECF No. 261], filed on September 16, 2026, is accordingly **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, on October 8, 2026.

[1] The payee must complete form AO 213P or if the payee is a nonresident alien individual, they must complete IRS Form W-8BEN, either of which may be obtained from the Clerk's Office Financial Section. The completed form should be provided to the Financial Section, but not filed in the Court file.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney
Petitioner/Counsel of Record
Financial Deputy Clerk